Ida L. French, Respondent, v. City of New Rochelle, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

In the Matter of Supplementary Proceedings. E. B. Latham & Company, Respondent, v. H. Freyknecht Electrical Engineering and Construction Company and Harry Freyknecht, Appellants.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

In the Matter of the Application for Letters of Administration on the Estate of Charles W. Scofield, Deceased. Seth W. Scofield, Appellant; Jean Winifred Fitzsimmons Claiming to Be Jean Winifred Scofield, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Kate Q. Johnson, Respondent, v. James F. Johnson, Appellant.— Judgment modified by striking out this provision, "together with an extra allowance of fifty ($50) dollars for counsel fee," and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. James Laster, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

George Samuels, Respondent, v. May F. Samuels, Appellant.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

Henry Samuels, Respondent, v. Southern Pacific Company, Appellant. — Order reversed on argument, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

James E. Stiles, Respondent, v. George H. O'Shea, Doing Business under the Firm Name, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Michael Tedesco, Respondent, v. Maria Caruselle and Joseph Caruselle, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

George J. Tresham and Cornelius D. McNurney, Respondents, v. Albert A. Miller, etc., Appellant.— Appeal dismissed, with ten dollars costs and disbursements. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.